UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 21-2139 SB (PVC)                              Date:  November 22, 2022

Title      Leena Maryanncy Abraham v. Commissioner of Social Security

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSCUTE**

On December 29, 2021, Leena Maryanncy Abraham (Plaintiff) filed a *pro se* complaint seeking review of defendant's decision denying disability benefits.  On June 10, 2022, defendant filed an answer to the complaint and a Certified Administrative Record.  (Dkt. Nos. 10, 11).  On August 1, 2022, Plaintiff filed a "Rebuttal" to Defendant's Answer.  (Dkt. No. 12).  Pursuant to the Court's January 5, 2022, Order Re: Procedures in Social Security Appeal, Plaintiff was required to file a memorandum in support of her complaint by July 15, 2022.  (Dkt. No. 5 at ¶ 5.a).  As of today, Plaintiff has not filed the required memorandum.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing a "Memorandum in Support of Plaintiff's Complaint" or a timely request for additional time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   SACV 21-2139 SB (PVC)　　　　　　　　　Date:  November 22, 2022

Title   Leena Maryanncy Abraham v. Commissioner of Social Security

　　Plaintiff is expressly advised that failure to timely file the required memorandum or request for additional time will result in a recommendation that this action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

　　IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |